**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

RE: HABEAS PETITIONS
FILED PURSUANT TO 28 U.S.C. 2241
BY PERSONS DETAINED BY U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT (ICE)                                    **STANDING ORDER**

---

**STANDING ORDER**

Pursuant to the Court's General Order 2026-11  the Clerk of Court shall file this Standing Order in CM/ECF in every habeas corpus case brought pursuant 28 U.S.C. §2241 by a person in ICE detention. The Clerk of Court shall serve this Standing Order upon the United State Attorney as specified in General Order 2026-11, Exhibit A, and upon the petitioner and serve the United States through the Attorney General; DHS/ICE Office of General Counsel; and the Warden of the Angola Camp 57 immigration detention center by certified mail.

**Appointment of Counsel**

Pursuant to the relevant parts of 18 U.S.C. § 3006A(a)(2)(B), the pro se petitioner may be eligible for the appointment of counsel. The Court has provisionally appointed the Federal Public Defender for the Middle District of Louisiana (FPD) to assist pro se filers detained in immigration custody in this District of habeas corpus petitions filed under 28 U.S.C. § 2241. See General Order 2026-11

**Representation and Financial Need**

An attorney from the Office of the Federal Public Defender is hereby authorized to contact any pro se petitioner following the issuance of this Order, for the purpose of assisting the pro se

1

petitioner in demonstrating financial need, magistrate judge jurisdiction where appropriate, and to engage or reject representation by the FPD.

The Government and all respondents are hereby ORDERED to provide FPD attorneys with the means and methods to communicate confidentially with the petitioner.

If financial need is demonstrated and the FPD is engaged by the petitioner, the FPD shall enter an appearance, and all filing fees shall be waived.

**Scheduling Order**

Except when a case specific scheduling order is or has been entered, the following schedule shall apply:

**IT IS ORDERED** that the respondent shall file a response to the petition together with a memorandum of legal authorities within **fourteen (14) days** of service of this Order.

**IT IS FURTHER ORDERED** that within **fourteen (14) days** of service of this Order the respondents shall file in the record on CM/ECF the petitioners complete A-File, all written transcripts of immigration court proceedings, and all written evidence of a deportation plan or procurement of travel documents. Due to the sometimes sensitive nature of immigration proceedings, the personal information contained in A-Files, and the need to conserve judicial resources, the government is hereby granted Leave to file the foregoing documents under seal which shall be accompanied by a Notice of Filing Under Seal setting forth the grounds warranting filing under seal. Where personal or confidential information can be protected by redaction, the respondents are ORDERED to file redacted documents in lieu of filing under seal. The petitioner may object to the filing of any documents under seal.

**IT IS FURTHER ORDERED** that Petitioner shall have **fourteen (14) days** after respondent files its response to file a reply brief and any evidence to support the habeas petition. If Petitioner files nothing within these 14 days, the Court will assume the case record is complete.

Upon the expiration of the delays set forth in this Scheduling Order, and any extensions thereof, the matter will be considered fully briefed and the Court will set a date and time for an evidentiary hearing if necessary. If no hearing is needed, the Court will issue a written ruling without further notice.

## Restriction on Transfer

Pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651

**IT IS ORDERED** that the Government and all respondents be and are hereby prohibited from transferring the petitioner from the detention facility in which the petitioner is held at the time of filing and prohibited from removing the petitioner from the Middle District of Louisiana, during the response and briefing delays set forth Scheduling Order herein.

**IT IS FURTHER ORDERED** that the Government and the respondents shall provide counsel for the petitioner 24 hours advance written notice before releasing the petitioner from ICE custody.

Signed in Baton Rouge, Louisiana on April 22, 2026.

**FOR THE EN BANC COURT:**

_Shelly D. Dick_

SHELLY D. DICK, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

3